# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-3613
_____

JUDITH ELAINE BOWMAN,
Former Wife,

     Appellant,

     v.

ROBERT LEROY BOWMAN, SR.,
Former Husband,

     Appellee.

_____

On appeal from the Circuit Court for Duval County.
Elizabeth A. Senterfitt, Judge.

January 5, 2018

PER CURIAM.

     AFFIRMED.

WOLF, ROWE, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nick James of James and Snider, Jacksonville, for Appellant.

No appearance for Appellee.